UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

GARY FISHER,

    Petitioner,

  v.

DIRECTOR OF OPS OF CDCR,

    Respondent.

Case No. 14-cv-01478-WHO (PR)

**ORDER OF DISMISSAL**

Petitioner Fisher asks for "compassionate release," which the Court construes as a petition for clemency. This Court has no authority to order Fisher's release on such grounds. Rather, it can order his release only on the ground that he "is in custody in violation of the Constitution or laws or treaties of the United States." 28 U.S.C. § 2254(a). Accordingly, the petition is DISMISSED. If Fisher wishes to challenge the legality or duration of his confinement, he must file a habeas petition in the district of conviction, which, according to the petition, may be either the Central or Eastern District.

Only the Governor of California is authorized to grant clemency to California state prisoners. *See* CAL. CONST. art. V, § 8(a); Cal. Penal Code § 4800. Fisher may wish file an appropriate petition with such official.

Fisher's motion to proceed *in forma pauperis* (Docket No. 3) is GRANTED. The Clerk shall terminate Docket No. 3, enter judgment in favor of respondent, and close the file.

**IT IS SO ORDERED.**

**Dated:** April 29, 2014

WILLIAM H. ORRICK
United States District Judge

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 29, 2014, I SERVED a true and correct copy of the attached, by placing said copy in a postage paid envelope addressed to the person hereinafter listed, by depositing said envelope in the U.S. Mail.


Gary Fisher F85263
Pelican Bay State Prison B-2-105
P.O. Box 7000
Crescent City, CA 95532


Dated: April 29, 2014

Richard W. Wieking, Clerk
By: Jean Davis, Deputy Clerk